**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7784**

---

MICHAEL MCLEAN,

Plaintiff - Appellant,

versus

DANIEL L. STIENEKE; JAMES FRENCH; RANDALL LEE;
JAMES SMITH, Doctor; OFFICER PHILMON; OFFICER
PITTMAN; OFFICER PULLEN; OFFICER ROOKS;
OFFICER BRODY; OFFICER DANIELS; OFFICER PEARS;
OFFICER PETERSON; OFFICER INGRAM; OFFICER
PULLEN; OFFICER HARRIS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
District Judge. (CA-05-222-5-H)

---

Submitted:  May 3, 2006                    Decided:  May 18, 2006

---

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael McLean, Appellant Pro Se. James Philip Allen, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael McLean appeals the district court's orders denying his motions to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McLean v. Stieneke, No. CA-05-222-5-H (E.D.N.C. Aug. 10, 2005; filed Oct. 7, 2005 & entered Oct. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED